**STATE of Missouri, Respondent,**

v.

**Christopher DUKE, Appellant.**

**No. WD 47578.**

Missouri Court of Appeals, Western District.

Feb. 1, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and HANNA and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of offering violence to a corrections officer, § 217.385, RSMo Cum.Supp.1992.

Judgment affirmed. Rule 30.25(b).

---

**CITY OF KANSAS CITY, Missouri, Respondent,**

v.

**John W. HEDGER, Appellant.**

**No. WD 47978.**

Missouri Court of Appeals, Western District.

Feb. 1, 1994.

C. John Forge, Jr., Independence, for appellant.

Edward B. Rucker, Asst. City Atty., Kansas City, for respondent.

Before TURNAGE, P.J., and HANNA and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction for violation of Kansas City Zoning Ordinance § 39.420.

Judgment affirmed. Rules 30.25(b).